Certificate Number: 05781-GAM-DE-041180577

Bankruptcy Case Number: 21-10405



05781-GAM-DE-041180577

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 8, 2026, at 4:59 o'clock AM PDT, Benjamin Barbee completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Middle District of Georgia.

Date:   July 8, 2026                    By:      /s/Allison M Geving

Name:   Allison M Geving

Title:   President